

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00322-CR

STEVEN WAYNE KELLEY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Donley County, Texas
Trial Court No. 3847, Honorable Stuart Messer, Presiding

January 18, 2018

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Pending before this Court is appellant Steven Wayne Kelley's motion to dismiss his appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, appellant and his attorney have signed the motion. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.